UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHERYL TETTATON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06CV1704 TIA |
| | ) | |
| MIDWEST MEDICAL ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Midwest Associates, Inc.'s Bill of Costs. The parties consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c).

On February 19, 2008, this Court granted the Defendant's Motion to Dismiss and ordered that the case be Dismissed with Prejudice for failure to prosecute. (Doc. # 38) On February 26, 2008, Defendant filed a Bill of Costs as the prevailing party, requesting reimbursement of costs related to this case. In addition, Defendant submitted invoices and receipts pertaining to fees for service of summons and subpoena; fees of the court reporter; and fees for witnesses. The requested amount equals Three Hundred Eleven Dollars and Thirty-two Cents ($311.32). Plaintiff has not filed any timely objections to the Bill of Costs or this amount.

Under Rule 54(d)(1) of the Federal Rules of Civil Procedure, costs shall be allowed as of course to the prevailing party unless the court directs otherwise. In the instant case, the undersigned finds that costs payable of the Defendant are warranted.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall tax costs in the amount of Three Hundred Eleven Dollars and Thirty-two Cents ($311.32) against the Plaintiff and payable to

the Defendant.

                                                /s/ Terry I. Adelman
                                   UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of March, 2008.